SHIP-BY-TRUCK CO., INC., DOING BUSINESS AS GRAHAM SHIP-BY-TRUCK CO., ET AL. *v.* UNITED STATES ET AL.

No. 879.   Decided May 20, 1963.

*Tom B. Kretsinger* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Irwin A. Seibel, Robert W. Ginnane* and *Arthur J. Cerra* for the United States and the Interstate Commerce Commission; and *J. F. Miller* for Stevens Express, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## RICHARDS *v.* PENNSYLVANIA.

No. 887, Misc.   Decided May 20, 1963.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.